UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

           -against-

MICHAEL SPATARO

                Defendant.
--------------------------------------------------------X

04 CR 911 (SJ)
ORDER

A P P E A R A N C E S:

UNITED STATES ATTORNEY
Benton J. Campbell
United States Attorney
271 Cadman Plaza East
Brooklyn, NY 11201
BY:    James Gatta
          Elizabeth Geddes

MICHAEL SPATARO
Reg. # 43392-053
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

JOSEPH A. BONDY
401 Greenwich Street
Fifth Floor
New York, New York 10013
By:    Joseph Bondy
Attorney for Defendant

LANGROCK, SPERRY & WOOL, LLP
111 S. Pleasant Street
P.O. Box 351
Middlebury , VT 05753-0351
By:    Peter F. Langrock
Attorney for Defendant on Appeal

JOHNSON, Senior District Judge:

This Order VACATES this Court's Amended Order, dated March 16, 2009 and filed on March 20, 2009. (See Docket Entry # 755.)

The parties are directed to appear for re-sentencing on March 27, 2009 at 9:30 AM to address any outstanding issues concerning re-sentencing.

SO ORDERED.

Dated: March  20 , 2009

Brooklyn, New York

 /s/ 
Sterling Johnson, Jr.
Senior United States District Judge